In the Matter of ALFRED L. ROSE et al., Respondents. WILLIAMS AUCTION SALES CORP., Appellant.

Argued April 16, 1948; decided May 20, 1948.

*Jack N. Blinkoff, Jesse Kahn* and *Herbert Stern* for appellant. *Phillip W. Haberman, Jr., Joseph E. Low* and *Leonard S. Kramer* for respondents.

Order affirmed, with costs; no opinion. [See 298 N. Y. 544.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.